## (July 25, 1961)

In decisions Nos. 1–20 the court is as follows: Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the matter of the Claim of MARY CELIA, Respondent, v. ELKS CLUB, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed without costs, unless appellants shall file and serve record, brief and note of issue on or before August 7, 1961 and be ready for argument at the term to commence September 6, 1961, in which event the motion is denied.

■ (A) In the matter of the Claim of LILLIAN PETRIE, Appellant, v. KIEWITT JOHNSON & JOHNSON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) DAVID SHIBLEY, Appellant, v. TRAVELERS INDEMNITY COMPANY, Defendant, and GLENS FALLS INSURANCE COMPANY, Respondent. (C) MILDRED DU BOIS et al., Appellants, v. SILVINO IOVINELLA, Respondent.— [In each action.] Appeals dismissed without costs, unless appellants shall file and serve records, briefs and notes of issue on or before October 13, 1961 and be ready for argument at the term to commence November 13, 1961, in which event motions denied.

■ (A) In the Matter of the Claim of RAY HIRSCHMAN, Appellant, v. P. S. DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of LILLIAN STUKALIN, Appellant, v. S. KASTENBAUM et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the matter of the Claim of ISABELLA BONASIO, Appellant, v. COLONY DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION, BOARD, Respondent. (D) In the Matter of the Claim of SADIE INQUANTE, Appellant, v. ACE HIGH DRESS CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of FRANCIS BIANCO, Appellant, v. EXCLUSIVE COSTUME et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent — (F) In the Matter of the Claim of TILLIE LANGER, Appellant, v. STACEY SPORTSWEAR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim of ELLA C. ELLISTON, Appellant, v. ESSTEE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) In the Matter of the Claim of JOSEPHINE MIGLIOROSI, Appellant, v. JOMAX DRESS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of the Claim of MAX KORNBERG, Appellant, v. RADIANT DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (J) In the Matter of the Claim of PAULA BLUMENFIELD, Respondent. JAUNTEE HATS, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each proceeding.] Motions to dismiss appeals granted, by default, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE G. SMITH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MULLIGAN, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORIN D. TALADA, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE DIBLIN, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMILEY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NIAL TRUMAN PHELPS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MILES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action.] Permission to prosecute appeals as a

poor person granted. Appeals may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR FONSECA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for assignment of counsel granted and Edward J. Grogan, counselor at law of 90 State St., Albany, New York is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS V. JACKSON, JR., Appellant.— Application for assignment of counsel granted and Thomas W. Brown, Esq., counselor at law, 100 State St., Albany, New York is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. VERNON L. KNAPP, Appellant.— Motion for assignment of counsel granted and Frank R. Reeves, Esq., counselor at law, Otego, New York is assigned as counsel for appellant.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINSLOW DALRYMPLE, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL A. TEMPLE, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BOFILL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended for 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT T. SMITH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ CORINNE C. WATERMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for reargument denied without costs.

■ In the Matter of JOSEPH SCHREINER et al., Petitioners, v. JAMES E. ALLEN, as Commissioner of Education of the State of New York, Respondent.— Stay granted, in accordance with stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUMERCINDO QUINONES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied.

■ (A) In the Matter of the Final Accounting of ABRAHAM STREIFER, as Committee of BERTHA F. BANGS, Respondent. BERTHA F. BANGS, Appellant. (Two Proceedings.) (B) RED APPLE REST, INC., et al., Appellants, v. J. BURCH McMORRAN, as Superintendent of Public Works of the State of New York, Respondent.— [In each action.] Motion for reargument or for permission to appeal to the Court of Appeals denied, without costs.

■ WILLIS H. WOOD, Respondent, v. COUNTY OF BROOME et al., Appellants. (And Two Other Actions.) — Motion for permission to appeal to the Court of Appeals denied, without costs.

■ MARIE HOLUBETZ, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant, et al., Defendant.— Motion denied.